| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>FELDMAN, MARTIN L.C. | 2. Court or Organization<br><br>EASTERN DISTRICT OF LOUISIANA | 3. Date of Report<br><br>09/23/2021 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active U S DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>500 POYDRAS STREET, Rm. 555<br>NEW ORLEANS, LA 70130-3313 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 09/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FELDMAN, MARTIN L.C.** | 09/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Home Life Ins. Co. Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 2.  FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 3.  NexPoint Strategic Opportunities Fd. | A | Dividend | J | T | Sold (part) | 05/14/20 | J | A | |
| 4.  Equity Commonweath Com. Sh Ben.Int. | A | Int./Div. | K | T | | | | | |
| 5.  GNMA #1924 JUMBO | A | Interest | J | T | | | | | |
| 6.  Virtus Total Return Fd | A | Dividend | J | T | | | | | |
| 7.  FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 8.  AB International Value Fd. Cl C #0436 | A | Dividend | J | T | | | | | |
| 9.  GNMA #2005-5 ea | A | Interest | J | T | | | | | |
| 10. Blackrock FLTG Rate Inc. Strategies Fd II | A | Dividend | J | T | | | | | |
| 11. Blackrock Ltd Duration Income Trust | B | Dividend | K | T | | | | | |
| 12. Archer, Ltd | A | Dividend | J | T | | | | | |
| 13. RAIT Financial Trust - 0403 | A | Int./Div. | J | T | | | | | |
| 14. Chase Bank | A | Interest | K | T | | | | | |
| 15. Eaton Vance Ltd. Duration Income Fund | B | Dividend | K | T | | | | | |
| 16. FNMA1993-82H, 0403 | A | Interest | J | T | | | | | |
| 17. Proshares Ultra Financials-IRA | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FELDMAN, MARTIN L.C. | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Blackrock Enhanced Equity Trust | A | Dividend | J | T | | | | | |
| 19. | Five Star Senior Living | A | Dividend | J | T | | | | | |
| 20. | Quicksilver Resources 0403 | A | Dividend | J | T | | | | | |
| 21. | Surburban Propane Partnership LP | A | Distribution | J | T | | | | | |
| 22. | FHLMC CMO Series 3699 LA | B | Interest | K | T | | | | | |
| 23. | Eaton Vance Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 24. | FHLMC CMO Series 3772 NA #0403 | A | Interest | J | T | Sold<br>(part) | 10/15/20 | J | A | |
| 25. | FNMA CMO Series 2012-120QA | A | Interest | J | T | | | | | |
| 26. | Spyglass Res Corporation#0403 | A | Dividend | J | T | | | | | |
| 27. | JPMorgan Prime MM 0403 | A | Int./Div. | J | T | | | | | |
| 28. | Oaktree Specialty Lending | A | Dividend | J | T | | | | | |
| 29. | Blackstone Group Inc. | A | Distribution | J | T | Sold<br>(part) | 02/24/20 | J | B | |
| 30. | | | | | | Sold<br>(part) | 05/16/20 | K | D | |
| 31. | GNMA Remic Trust 3.5% 2013-104 | B | Interest | J | T | | | | | |
| 32. | Eagle Class-JPMorgan Prime Money Market | A | Dividend | J | T | | | | | |
| 33. | Crestwood Equity Partners LP | A | Distribution | J | T | | | | | |
| 34. | GNMA Remic Trust 2013-131 KQ 3.5% | A | Interest | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Brookfield Real Assets Income Fund Inc. | A | Dividend | J | T | | | | | |
| 36. JPMorgan Prime MM #0436 | A | Dividend | J | T | | | | | |
| 37. Two HBRS Invt. Corporation REIT #0403 | A | Dividend | K | T | | | | | |
| 38. Sandridge Permian Tr. Com. Unit Ben. Int.#0403 | A | Distribution | J | T | | | | | |
| 39. Barings Global Short Duration #0403 | A | Dividend | K | T | | | | | |
| 40. Cohen & Steers Quality Rlty Fd | A | Dividend | J | T | | | | | |
| 41. FHLMC REMIC Series 4116 GA 2.5% | B | Interest | J | T | | | | | |
| 42. General Electric Company | A | Dividend | J | T | | | | | |
| 43. Amplify Energy Corp | A | Dividend | J | T | | | | | |
| 44. ALERIAN ETF Trust | A | Dividend | J | T | | | | | |
| 45. Consolidatd Comm. Hldgs. Inc. #0403 | A | Dividend | J | T | | | | | |
| 46. BGC Partners Inc. | A | Dividend | J | T | | | | | |
| 47. Guggenheim MLP & Energy Fds. Port. | A | Dividend | | | Sold (part) | 03/25/20 | J | A | |
| 48. | | | | | Sold | 06/24/20 | J | A | |
| 49. Merck & Co. | A | Dividend | K | T | Buy (add'l) | 02/07/20 | J | | |
| 50. Putnam Premier Income Trust | A | Dividend | J | T | | | | | |
| 51. Laredo Petroleum Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. First Trust Sabrient Dividend Portfolio Ser. 23 | A | Dividend | | | Sold | 04/28/20 | J | A | |
| 53. Eagle Growth and Income Opportunities Fd. | A | Dividend | K | T | | | | | |
| 54. MPLX LP | A | Dividend | J | T | | | | | |
| 55. Granite PT Mtg Tr. Inc. | A | Dividend | | | Sold | 02/24/20 | J | A | |
| 56. Starwood Property Trust | A | Dividend | J | T | | | | | |
| 57. Tortoise Pipeline & Energy #0403 | A | Dividend | J | T | | | | | |
| 58. Starwood Property Trust #0403 | A | Distribution | K | T | | | | | |
| 59. Monroe Cap. Corp. | A | Dividend | | | Sold | 05/15/20 | J | A | |
| 60. Orbcomm Inc. #0436 | A | Dividend | J | T | | | | | |
| 61. Patterson Companies | A | Dividend | J | T | | | | | |
| 62. Bristol Myers Squibb Co. | A | Dividend | | | Sold | 03/13/20 | J | A | |
| 63. Commscope Hldg. Co. | A | Dividend | J | T | | | | | |
| 64. Apollo Global Mgmt. Cl. | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 65. Whitehorse Fin. Inc. | A | Dividend | | | Sold | 03/10/20 | J | A | |
| 66. Redwood Tr. Inc. REIT | A | Dividend | K | T | | | | | |
| 67. First Trust High Dividend Equity Port. Series | A | Dividend | J | T | | | | | |
| 68. FortressTrans. Infirst Invs. | A | Dividend | | | Sold | 12/08/20 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Ladder Cap Corp. Cl.A REIT | A | Dividend | J | T | Buy<br>(add'l) | 12/10/20 | J | | |
| 70. Putnam Municipal Opportunities | A | Dividend | J | T | | | | | |
| 71. Invesco Fin. Institutions Port. 193 Term | A | Dividend | J | T | | | | | |
| 72. Guggenheim Diversified Cr. Port. of ETFS Term | A | Dividend | K | T | | | | | |
| 73. Pennantpark Invt. Corp. | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 74. Capital Southwest Corp. | A | Dividend | K | T | | | | | |
| 75. Solar Cap Ltd. | A | Dividend | | | Sold | 03/16/20 | K | A | |
| 76. Wabtec Corp. | A | Dividend | J | T | | | | | |
| 77. Ryder Systems Inc. #0403 | A | Dividend | J | T | | | | | |
| 78. Energy Transfer LP Com #0403 | A | Distribution | J | T | | | | | |
| 79. First Trust High Dividend Equity Port Ser. 40 #0403 | A | Dividend | J | T | | | | | |
| 80. Westrock Co. #0403 | A | Dividend | | | Sold | 01/23/20 | J | A | |
| 81. Pfizer Inc. | A | Dividend | | | Buy | 01/21/20 | K | | |
| 82. | | | | | Sold | 03/23/20 | J | | |
| 83. Metlife Inc. | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 84. Barings BDC Inc. | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 85. Guggenheim Conv. Inc. Portfolio FDS | C | Dividend | K | T | Buy | 04/29/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 09/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | Buy<br>(add'l) | 07/21/20 | J | | |
| 87. | | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 88. | Guggenheim US Capital Strength Port. 020 Term | A | Dividend | J | T | Buy | 08/26/20 | J | | |
| 89. | Carlyle Group Inc. | A | Dividend | K | T | Buy | 11/06/20 | J | | |
| 90. | | | | | | Buy<br>(add'l) | 11/12/20 | J | | |
| 91. | Equitable Holdings Inc. | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 92. | TPG RE Fin. Tr Inc. REIT | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 93. | Guggenheim Blue Chip Value Port. | A | Dividend | K | T | Buy | 12/18/20 | K | | |
| 94. | Manulife Finl. Corp | A | Dividend | | | Buy | 04/06/20 | J | | |
| 95. | | | | | | Sold | 05/29/20 | J | | |
| 96. | NY Mellon Corp. #0403 | A | Dividend | | | Buy | 01/23/20 | J | | |
| 97. | | | | | | Sold | 05/14/20 | J | A | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FELDMAN, MARTIN L.C.** | 09/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARTIN L.C. FELDMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544